**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

_____
)
Parcel 49C Limited Partnership )
)
             Plaintiff-Appellant, )
)
             v. )
)   Case No. 17-1315
United States of America )
)
             Defendant-Appellee, )
)
             And )
)
Trammell Crow Company )
)
             Defendant-Appellee. )
_____)

**PLAINTIFF-APPELLANT'S MOTION FOR LEAVE TO FILE A REPLY BRIEF CONTAINING MORE THAN FIFTY REDACTED WORDS.**

Pursuant to Fed. Cir. R. 28(d)(1)(A), Plaintiff-Appellant Parcel 49C Limited Partnership ("Parcel 49C") hereby respectfully requests leave to redact more than fifty words in the Reply brief that Parcel 49C will file today in the above-captioned Appeal. Parcel 49C requests leave to redact seventy-one words from its Reply brief. Good cause exists for each of these redactions.

Parcel 49C has identified twenty-five words in one sentence of the brief that reveal proprietary and confidential business information. Parcel 49C has included this information in its Reply brief specifically to refute an argument made by

Defendant-Appellees. Failure to include this language would preclude Parcel 49C from properly developing a necessary argument in this Appeal. Public disclosure of this information would cause competitive harm to Parcel 49C,

Pursuant to the procedure set forth in the protective order issued by the U.S. Court of Federal Claims ("COFC") below, Parcel 49C provided the other parties to this Appeal with a copy of its proposed non-confidential version of its Reply brief, and requested the parties to identify language that they desired to redact. The United States has proposed zero redactions to the Reply brief.

Defendant-Appellee Trammell Crow Company ("Trammell") has proposed forty-six words for redaction. Trammell has asserted in previous filings that this language describes proprietary business practices of Trammell, and Trammell has consistently treated the language as protected and meriting redaction. DI58. The language was redacted in the COFC proceeding below. This Court's March 22, 2017 Order granted Trammell Crow's request to redact this material in the March 20, 2017 merits brief that Trammell filed in this Appeal.

For the foregoing reasons, Parcel 49C hereby respectfully requests that the Court grant this Motion and permit Parcel 49C to redact seventy-one words from the non-confidential version of its Reply brief.

March 27, 2017                                          Respectfully submitted,

                                                        /s/ Richard J. Conway

                                                Richard J. Conway
                                                BLANK ROME LLP
                                                1825 Eye Street, NW
                                                Washington, DC 20006-5403
                                                (202) 420-2235 (Telephone)
                                                (202) 822-9544 (Facsimile)
                                                RConway@blankrome.com
                                                *Attorney of Record for Parcel 49C*
                                                *Limited Partnership*

Of Counsel:
Michael J. Slattery
BLANK ROME LLP
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5155 (Telephone)
(202) 822-9544 (Facsimile)
MSlattery@blankrome.com

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Parcel 49C Limited Partnership  **v.**  United States

Case No. 2017-1315

## CERTIFICATE OF INTEREST

Counsel for the:
☐ (petitioner) ☒ (appellant) ☐ (respondent) ☐ (appellee) ☐ (amicus) ☐ (name of party)

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
|---|---|---|
| Parcel 49C Limited Partnership | None | None |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

Larry D. Blust, Hughes Socol Piers Resnick & Dym, Ltd., 70 West Madison Street, Suite 4000, Chicago, IL 60602

December 8, 2016  
Date

/s/ Richard J. Conway  
Signature of counsel

Please Note: All questions must be answered

Richard J. Conway  
Printed name of counsel

cc:

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  March 27, 2017
by:

- ___ U.S. Mail
- ___ Fax
- ___ Hand
- **X** Electronic Means (by E-mail or CM/ECF)

| | |
|---|---|
| Richard J. Conway | /s/ Richard J. Conway |
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Blank Rome LLP |
| Address | 1825 Eye Street NW |
| City, State, Zip | Washington, DC 20006 |
| Telephone Number | (202) 420-2235 |
| Fax Number | (202) 820-9544 |
| E-Mail Address | RConway@BlankRome.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields